IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO: 08-80106-CR-RYSKAMP/HOPKINS

v

ORLANDO M. GONZALEZ,
    Defendant.
_____

**DEFENDANT GONZALEZ'S OBJECTIONS
TO THE PRE-SENTENCE INVESTIGATION REPORT**

Defendant, Orlando Gonzalez, through counsel, respectfully submits these objections to the Pre-Sentence Investigation Report, (PSI), prepared in his case. Specifically, Mr. Gonzalez:

1. Objects to the increase of the 2-Levels involving sophisticated means referenced at Paragraph 25 of the PSI: and

2. Maintains that the facts do not justify a 2-Level increase for his role in the offense. [1]

    1.    <u>OBJECTION TO 2-LEVEL INCREASE</u>

**CONCLUSION**

For the foregoing reasons, Mr. Gonzalez Objects to the 2-Level increase reflected at paragraph 25 of the PSI, and submits that he should receive a 2-Level Reduction.

    Respectfully submitted,
    x/ David A. Howard
    David A. Howard, Esq.
    10800 Biscayne Blvd., Ste. 560
    Miami, Fl 33161
    (305) 357-0295 (ofc.)
    (305) 374-9572 (fax.)

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically on this 2nd day of December, 2008.

x/ David A. Howard  
David A. Howard, Esq.