IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO: 08-80106-CR-RYSKAMP

v.

ORLANDO M. GONZALEZ,
_____/

**DEFENDANT GONZALEZ' REVISED OBJECTIONS
TO THE PRE-SENTENCE INVESTIGATION REPORT**

Defendant, Orlando Gonzalez, through counsel, previously filed a written objection to the Pre-Sentence Investigation Report, (PSI), prepared in his case. Specifically, Mr. Gonzalez objected to the 2-Level increase referenced at Paragraph 25 of the PSI. That 2-Level increase is assessed pursuant to U.S.S.G. § 2B1.1 (b)(9)(C) on the ground that the offensive in Mr. Gonzalez's case were committed through the use of sophisticated means. Because the facts of Mr. Gonzalez' case do not justify that enhancement, he objected and continues so to object.

In further support of his objection, Gonzalez cites to Application Note 8(B), of U.S.S.G. § 2B1.1, which provides that:

> *For purposes of subsection (b)(9)(C), "sophisticated means" means especially complex or especially intricate offense conduct pertaining to the execution or concealment of an offense. For example, in a telemarketing scheme, locating the main office of the scheme in one jurisdiction but locating soliciting operations in another jurisdiction ordinarily indicates sophisticated means. Conduct such as hiding assets or transactions, or both, through the use of fictitious entities, corporate shells, or offshore financial accounts also ordinarily indicates sophisticated means.*

U.S.S.G. § 2B1.1, Note 8(B).

Nothing about Gonzalez' offense conduct in this case even remotely approaches the level of sophistication contemplated by this enhancement. In toto, Gonzalez' offense conduct amounted to

overstating the amount of income earned by the various persons through whom he purchased the subject property. Such conduct is not "especially complex or especially intricate", or in anyway akin to a multiple-jurisdictions operation, nor the formation of shell companies and offshore accounts. The "sophisticated means" enhancement was simply misapplied in Gonzalez' case and should be stricken.

Respectfully submitted,

s/ David A. Howard
David A. Howard, Esq.
10800 Biscayne Blvd., Ste. 560
Miami, Fl 33161
(305) 357-0295 (ofc.)
(305) 374-9572 (fax.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon Assistant United States Attorney Ellen Cohen and United States Probation Officer Sheila Tierney, *via* the Court's Electronic Filing System this 8th day of December, 2008.

s/ David A. Howard
David A. Howard, Esq.